# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 3 0 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **19MJ4215**

The person charged as **Melvin JACOBS** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the **District** of **Idaho** with: **Title 18 U.S.C § 1512(a)(2)(A)  TAMPERING WITH A WITNESS, VICTIM, OR INFORMANT BY PHYSICAL FORCE OR THREAT.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 9/30/2019

_____ (signature)

_____Diego Chavez_____ (print)
Deputy United States Marshal

Reviewed and Approved
DATE: 9/30/19

_____ (signature)
___Michelle M. Pettit___ (print)
Assistant United States Attorney

Case 1:19-cr-00289-BLW   Document 2   Filed 09/11/19   Page 1 of 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| MELVIN JACOBS | 1:19-cr-00289-BLW |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MELVIN JACOBS** and bring forthwith to

the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. § 1512(a)(2)(A) TAMPERING WITH A WITNESS, VICTIM, OR INFORMANT BY PHYSICAL FORCE OR THREAT

18 U.S.C. § 1513(b)(2) OBSTRUCTING JUSTICE BY RETALIATING AGAINST A WITNESS, VICTIM, OR AN INFORMANT



United States Courts
District of Idaho
**ISSUED**
Jocelyn Dunnegan
on Sep 11, 2019 12:28 pm

September 11, 2019

Date

---

RETURN

---

This warrant was received _____ and executed with the arrest of the above-name individual at _____.

_____     _____
Signature of Arresting Officer                   Date of Arrest

_____
Name & Title of Arresting Officer

CR 19-0289-S BLW

| | | |
|---|---|---|
| DEFENDANT'S NAME: | Melvin Jacobs | **U.S. COURTS** |
| Alias(es): | | |
| DEFENDANT'S STREET ADDRESS: (*or last known address if detained) | 402 West 12th Street  Emmett, Idaho 83617 | SEP 10 2019  Rcvd_____Filed_____Time_____  STEPHEN W. KENYON  CLERK, DISTRICT OF IDAHO |
| DEFENSE ATTORNEY: | | |
| Address: | | |
| Telephone No.: | | |

*AGENCY and ASSISTANT U.S. ATTORNEY INFORMATION*

INVESTIGATING AGENT: Detective Matthew Taddicken
AGENCY: Ada County Sheriff's Office

AUSA: Joshua D. Hurwit

Telephone No.: 208-577-3745          Telephone No.: (208) 334-1211

*DEFENDANT'S PERSONAL IDENTIFICATION INFORMATION*

PLACE OF BIRTH: Ada County, Idaho, U.S.A.          BIRTH DATE: February 11, 1998
RACE:                                               GENDER: Male
HEIGHT: 6'0"                                        WEIGHT: .185 lbs.
HAIR:                                               EYES:
*SSN (if applicable): 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

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

*OTHER INFORMATION*

*FBI NUMBER:    or
*STATE ID NUMBER:
*INS ALIEN NUMBER:
*LOCATION WHERE DETAINED:
COMPLETE DESCRIPTION OF AUTO:
PLACE OF EMPLOYMENT:
OTHER RELATED CASES:
*SPECIAL INSTRUCTIONS FOR MARSHALS:

*Required

Case 1:19-cr-00289-BLW   Document 1-2   Filed 09/10/19   Page 1 of 1

# CRIMINAL COVERSHEET

| | | | |
|---|---|---|---|
| DEFENDANT'S NAME: | Melvin Jacobs | JUVENILE: | No |
| DEFENSE ATTORNEY: Address: | | PUBLIC or SEALED: | Public |
| Telephone No.: | | SERVICE TYPE: (Summons or Warrant or Notice (if Superseding)) | Warrant |
| INVESTIGATIVE AGENT: Telephone No.: AGENCY: | Detective Matthew Taddicken 208-577-3745 Ada County Sheriff's Office | ISSUE: | Yes |
| | | INTERPRETER: If YES, language: | No N/A |

U.S. COURTS
SEP 10 2019
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| CASE INFORMATION (Miscellaneous, CVB, other related defendants/case numbers): Tampering With a Witness; Obstructing Justice | RELATED COMPLAINT: No Case Number: CR 19-0289-S BLW |
|---|---|

## CRIMINAL CHARGING INFORMATION

| CHARGING | Indictment | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 3 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATIONS | BRIEF DESCRIPTION | PENALTIES (include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. § 1512(a)(2)(A) | One | Tampering With a Witness, Victim, or Informant by Physical Force or Threat | Imprisonment for not more than 20 years and/or a $250,000 fine, $100 special assessment; 3 years supervised release |
| 18 U.S.C. § 1513(b)(2) | Two and Three | Obstructing Justice by Retaliating Against a Witness, Victim, or an Informant | Each Count: Imprisonment for not more than 20 years and/or a $250,000 fine, $100 special assessment; 3 years supervised release |

Date:   September 10, 2019            Assistant U.S. Attorney:   Joshua D. Hurwit

Telephone No.:   (208) 334-1211

REV. 3/2010

BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

**U.S. COURTS**

SEP 10 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MELVIN JACOBS, <br><br> Defendant. | Case No. **CR 19-0289-S BLW** <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 1512(a)(2)(A) <br> 18 U.S.C. § 1513(b)(2) |

The Grand Jury charges:

### COUNT ONE

**Tampering With a Witness, Victim, or Informant by Physical Force or Threat
18 U.S.C. § 1512(a)(2)(A)**

On or about February 2, 2019, in the District of Idaho, the defendant, MELVIN

JACOBS, used the threat of physical force against a confidential law enforcement informant

INDICTMENT - 1

("Informant") by posting on Snapchat a message threatening to kill Informant with the intent to influence, delay, and prevent the testimony of Informant in an official proceeding, which proceeding was the prosecution of the defendant's friend for selling counterfeit currency, in violation of Title 18, United States Code, Section 1512(a)(2)(A).

### COUNT TWO

**Obstructing Justice by Retaliating Against a Witness, Victim, or an Informant**
**18 U.S.C. § 1513(b)(2)**

On or about February 2, 2019, in the District of Idaho, the defendant, MELVIN JACOBS, did knowingly threaten to engage in conduct, to wit: threatening to kill a confidential law enforcement informant ("Informant"), that would cause bodily injury, with the intent to retaliate against Informant for information given by Informant to a law enforcement officer relating to the commission and possible commission of a federal offense, in violation of Title 18, United States Code, Section 1513(b)(2).

### COUNT THREE

**Obstructing Justice by Retaliating Against a Witness, Victim, or an Informant**
**18 U.S.C. § 1513(b)(2)**

On or about April 22, 2019, in the District of Idaho, the defendant, MELVIN JACOBS, did knowingly threaten to engage in conduct, to wit: threatening to kill a confidential law enforcement informant ("Informant"), that would cause bodily injury, with the intent to retaliate against Informant for information given by Informant to a law enforcement officer relating to the commission and possible commission of a federal offense, in violation of Title 18, United States Code, Section 1513(b)(2).

Dated this __10__ day of September, 2019.

            A TRUE BILL.

            */s/ [signature on reverse]*
            _____
            Foreperson

BART M. DAVIS
United States Attorney
By:

_____
Joshua D. Hurwit
Assistant United States Attorney

INDICTMENT - 3